UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
CITY OF ST. CLAIR SHORES POLICE AND
FIRE RETIREMENT SYSTEM,

                                 Plaintiff,       22 Civ. 5011 (LGS)

-against-                   ORDER

UNILEVER PLC, ET AL.,

                               Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on August 31, 2022, the motion to appoint lead plaintiff and lead counsel was granted (Dkt. No. 17);

WHEREAS, Defendant Unilever PLC ("Unilever") waived service of process on July 7, 2022, and was required to answer, move or otherwise respond to the Complaint by September 6, 2022 (Dkt. No. 7);

WHEREAS, no proof of service has been filed as to any of the other defendants.

It is hereby **ORDERED** that, by **September 16, 2022**, Plaintiffs shall file proof of service as to all Defendants or a status letter regarding any efforts to serve the remaining Defendants.

It is further **ORDERED** that, by **September 16, 2022**, Unilever shall answer, move or otherwise respond to the Complaint or file a letter explaining why Unilever has not responded.

Dated: September 12, 2022
       New York, New York

                                                                   LORNA G. SCHOFIELD
                                                          UNITED STATES DISTRICT JUDGE