UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CITY OF ST. CLAIR SHORES POLICE AND
FIRE RETIREMENT SYSTEM, Individually and
on Behalf of All Others Similarly Situated,

                    Plaintiff,

               v.

UNILEVER PLC, ALAN JOPE, RITVA
SOTAMAA, and GRAEME PITKETHLY,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

: 22-cv-05011 (LGS)

: ECF Case
: Electronically Filed

## DECLARATION OF SUSAN L. SALTZSTEIN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

Susan L. Saltzstein, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I am a member of the Bar of this Court and of the law firm Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Unilever PLC, Alan Jope, Ritva Sotamaa and Graeme Pitkethly in the above-captioned matter.

2.      I submit this declaration in support of Defendants' Motion to Dismiss the Amended Class Action Complaint (the "Motion") and to transmit to the Court true and correct copies of the following documents to which reference is made in the papers submitted in support of the Motion:

| Exhibit | Description |
|---------|-------------|
| 1 | July 19, 2021 Statement by Ben & Jerry's |
| 2 | Excerpt of Brad Edmondson, *Ice Cream Social: The Struggle for the Soul of Ben & Jerry's* (2014) |
| 3 | Excerpt of April 18, 2000 Schedule 13D Filing by Ben & Jerry's |
| 4 | April 12, 2000 Ben & Jerry's Press Release |

| 5 | August 20, 2022 HuffPost Article, entitled "*Ben & Jerry's Showed America What Real Corporate Activism Looks Like*" |
| 6 | October 30, 2018 Ben & Jerry's Statement, entitled "Together, PeCAN Resist!" |
| 7 | August 12, 2020 Reuters Article, entitled "*Outspoken ice cream maker Ben & Jerry's turns fire on UK migration rhetoric*" |
| 8 | Excerpt of Unilever 2019 Form 20-F, filed March 9, 2020 |
| 9 | Excerpt of Unilever 2020 Form 20-F, filed March 10, 2021 |
| 10 | Declaration of Matt Close, filed on July 11, 2022 in *Ben & Jerry's Homemade Inc. v. Conopco, Inc.*, *et al*, No. 1:22-cv-05681 (ALC) (S.D.N.Y. July 5, 2022) |
| 11 | Excerpt of Unilever 2021 Form 20-F, filed March 9, 2022 |
| 12 | July 19, 2021 Jewish Telegraph Agency Article, entitled "*How the Jewish world is responding to Ben & Jerry's decision to exit Israeli settlements*" |
| 13 | December 15, 2022 Unilever Press Release |

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  New York, New York
       December 15, 2022

                                           */s/ Susan L. Saltzstein*
                                           Susan L. Saltzstein