# Exhibit 1



SHOP NOW    SCOOP SHOPS

# Ben & Jerry's Will End Sales of Our Ice Cream in the Occupied Palestinian Territory

## July 19, 2021

We believe it is inconsistent with our values for Ben & Jerry's ice cream to be sold in the Occupied Palestinian Territory (OPT). We also hear and recognize the concerns shared with us by our fans and trusted partners.

We have a longstanding partnership with our licensee, who manufactures Ben & Jerry's ice cream in Israel and distributes it in the region. We have been working to change this, and so we have informed our licensee that we will not renew the license agreement when it expires at the end of next year.

Although Ben & Jerry's will no longer be sold in the OPT, we will stay in Israel through a different arrangement. We will share an update on this as soon as we're ready.

## FAQs

### You say this isn't "consistent with your values." What do you mean?

We're a values-led company with a long history of advocating for human rights, and economic and social justice. We believe it is inconsistent with our values for our product to be present within an internationally recognised illegal occupation.

### What do you consider to be the OPT?

We recognize the definition of the OPT as defined by the United Nations.

### Why are you waiting until next year to remove your products from the OPT?

Our current licence agreement expires at the end of 2022. After which Ben & Jerry's will remain in Israel through a different business arrangement. We will share an update on this as soon as we're ready.

## Are you exiting Israel? Are you boycotting Israel? Is this part of the Boycott, Divestment, Sanctions (BDS) movement?

No. Although Ben & Jerry's will no longer be sold in the OPT, we will stay in Israel through a different business arrangement. We will share an update on this as soon as we're ready.

## Ben & Jerry's is being accused of antisemitism. What is your response?

We reject and repudiate all forms of hate and racism. Our decision to exit the OPT was based on our belief that it is inconsistent with our values for Ben & Jerry's to be present within an internationally recognised illegal occupation. Speaking and acting on our values is neither anti-Israel nor antisemitic.

Our co-founders Ben and Jerry said it best in an opinion essay for the New York Times: "The company's stated decision to more fully align its operations with its values is not a rejection of Israel. It is a rejection of Israeli policy, which perpetuates an illegal occupation that is a barrier to peace and violates the basic human rights of the Palestinian people who live under the occupation. As Jewish supporters of the State of Israel, we fundamentally reject the notion that it is antisemitic to question the policies of the State of Israel."

## Where else in the world do you sell your ice cream?

Visit this page to see where we do business.

Back To Top