# Exhibit 2



**Brad Edmondson**

# ICE CREAM SOCIAL

## The Struggle for the Soul of Ben & Jerry's

Foreword by Annie Leonard

Epilogue by Jeff Furman, Chairman, Ben & Jerry's
Board of Directors

# ICE CREAM SOCIAL

## The Struggle for the Soul of Ben & Jerry's

## Brad Edmondson

Foreword by Annie Leonard

Epilogue by Jeff Furman, Chairman,
Ben & Jerry's Board of Directors



## BK

Berrett–Koehler Publishers, Inc.
San Francisco
*a BK Business book*

took me about four minutes to decide that this was the perfect place for a not-for-profit to own a PartnerShop."

In 1993, Ben & Jerry's joined a group of investors to finance the hotel's renovation. They got their $1.3 million back with interest, along with tax credits of more than $1.9 million. Most important, the investment helped turn the building into another kind of landmark. Times Square became an award-winning 652-unit apartment complex for people who were formerly homeless, coping with chronic mental illness, or living with HIV/AIDS. The investment also helped launch Haggerty and her group Common Ground, an innovative not-for-profit that became a national model after building more than five thousand units of supported housing around New York City.

On April 15, 1994, a Free Cone Day, Ben and Jerry helped give away more than three thousand cones at the opening of a scoop shop on the ground floor of the newly renovated Times Square building. The company's fifth PartnerShop was owned by Common Ground and staffed by the people who lived upstairs, who operated the store successfully for the next fifteen years.

Other PartnerShops in 1994 were operated by a housing organization in Harlem, an organization for people with learning disabilities in Baltimore, a vocational school in Vermont, and the Learning Web in Ithaca. Not all of these were as successful as the Common Ground shop was. That was fine with Jeff, the shops' chief advocate. "These are experiments. The idea is to teach young people and disadvantaged people how to run a business," he said. "When you walk into a PartnerShop, if you think you're in a social service agency, we've failed. If you think you're in a normal ice cream shop, we've succeeded."

Sometimes, opportunities for the social mission came out of nowhere and acquired lives of their own. On January 11,

1994, Chuck received a letter from the International Dairy Federation warning that food processors like Ben & Jerry's were in danger of being sued. Chuck wrote "Doesn't scare me!" on the letter. Then he sent it around the office.

The letter was about recombinant bovine growth hormone (rBGH), a synthetic version of a hormone that enhances milk production by artificially extending a cow's lactation cycle. During the 1980s, Monsanto Corporation worked with other companies to develop it, and in 1986, the company's application to sell rBGH received preliminary approval by the US Food and Drug Administration. Consumer and farm advocacy groups objected to that decision for several reasons. The treatment had many destructive effects on the health of cows. Some scientists were also concerned that it might cause health problems in people, and economists warned that rBGH would drive small farmers, many of whom could not afford the treatment, out of business. Ben & Jerry's joined the debate in September 1989, when it put a sticker on each pint encouraging its customers to "Save Family Farms" and oppose rBGH.

On the day Chuck opened the letter, Monsanto was three weeks away from its first day of selling rBGH. The chemical giant was threatening to sue manufacturers who mentioned the product because it didn't want consumers to know that dairy farmers would be using the hormone. Few dairy farmers seemed concerned. But Ben & Jerry's decided to call Monsanto's bluff. They designed a sticker for pints that said, "We oppose the use of rBGH. The family farmers who supply our milk and cream pledge not to treat their cows with rBGH. The FDA has concluded that no significant difference has been shown, and no test can now distinguish, between milk from rBGH-treated and untreated cows." They paid farmers at the St. Albans co-op a premium to promise not to inject their cows with rBGH. And they released the new sticker on the same day Monsanto's salesmen started taking orders.

Ben & Jerry's became a go-to source for the media's coverage of the debut over rBGH, effectively raining on Monsanto's parade. As the years went by, the company also became a leader in the global movement against rBGH. The movement has effectively limited the hormone's use. Only 17 percent of cows in the United States were being treated with rBGH in 2007, according to the USDA, and every country in the European Union has banned it.

The rBGH campaign "went way, way out on a limb," said Liz Bankowski. "It wasn't going to increase our sales, and we took a huge risk by doing it. The only reason we did it was that it was the right thing to do. That is what made Ben & Jerry's different from other companies."

## The Lively Dively Award

Ben & Jerry's was often the first company to take the plunge on an issue, and its willingness to take risks made following easier for other companies. In April 1992, for example, Ben & Jerry's became the first large company to sign a ten-point code of environmental conduct for businesses. The code had been drafted by the Coalition of Environmentally Responsible Economies (CERES) after a tanker, the *Exxon Valdez*, ruptured in 1989 and drenched the coast of Alaska with oil. Most of the early signers of the CERES code were churches and nonprofit groups. The endorsement from Ben & Jerry's gave the code momentum among private businesses. The following year, the oil giant Sunoco signed on. Today, CERES and Businesses for Social Responsibility (BSR) are global organizations whose members include corporate giants like Wal-Mart, IBM, and Royal Dutch Shell.

In April 1994, Ben went to Harvard's Kennedy School of Government to receive the George S. Dively Award for Corporate Public Initiative. It was as close to the Nobel Prize as he was likely to get. Ben's acceptance speech laid out his

vision for business as a force for social change. "Corporations have been granted the right to become the major depositories and bestowers of wealth in our society," he said. "With all of this power, there is just no way businesses can walk away from the world's pressing problems . . . the narrow view of maximizing profits is simply unacceptable when business is directly and indirectly responsible for so many of our problems . . . business must be part of the solution, or there won't be a solution."

The Harvard elites squirmed in their seats, and Ben was delighted. He described the company's campaign to combat bovine growth hormone in the face of legal pressure from Monsanto. He cited one study that estimated the government spent more on welfare for corporations than it did on welfare to the poor, and that the social costs of white-collar crime rivaled those of crime in the streets. While Ben & Jerry's was far from perfect, he said, it was willing to take "a no-holds-barred look at ourselves" and publish the results for all to see. The company's social reputation, he said, didn't hurt its profitability—in fact, it was the key to its success.

"Could others do the same thing we are doing? Yes, and a growing number are," Ben said. "But the numbers of companies are too few, and their size is too small. We need more companies engaged in pioneering work, so that the frontier of social responsibility gets pushed out even further. And we need bigger companies to get into the act . . . we need the Exxons, Toyotas, and Westinghouses."

After the speech, Ben and Liz drove to Boston's Logan Airport to get on separate planes. Liz was headed home, but Ben needed to go preach somewhere else. He gave her the engraved Tiffany crystal award, and halfway to her gate she dropped it. "I just laughed," said Liz. "It was so fitting, given what Ben had just said to the crowd. When Ben heard, he laughed too. So I put the cracked stump of it up in my office

to remind everybody of several things. First, despite all the praise we were getting, we had to stay humble. Second, perfection isn't possible. And it also helps to have a sense of humor in tense situations."

## Leading with Your Chin

As the company's social performance improved, something strange happened. Rob Michalak, the company's public relations director in 1993, found himself managing more and more bad publicity. One low point came in the summer of 1993, at the peak of ice cream season, when the Center for Science in the Public Interest named Ben & Jerry's one of the Ten Foods You Should Never Eat. They pointed out that a one-cup serving has as much saturated fat as a quarter-cup of lard. Yuk.

The publicity machine had turned on Ben & Jerry's. Joe Queenan, a writer who specializes in sarcasm, once estimated that he made $13,000 during the 1990s selling articles that attacked the company. Queenan's editors simply could not resist when he wrote that self-righteous celebrities like Sting, Ben, and Jerry "seemed completely incapable of scooping up a piece of litter or giving a blind dwarf a nickel without issuing a twelve-page press release appraising the general public of their awesome munificence."[3] Ouch.

In boxing, it's called "leading with your chin." Anyone who sets a public example for good behavior and invites others to follow will attract critics. And it was an easy decision for Queenan's editors at *Barron's, Forbes,* and other adoring journals of free-market capitalism to return fire on a company that was criticizing the status quo. In the mid-1990s, the mainstream media ran stories that were critical of Ben & Jerry's for using artificial ingredients in its "all-natural" flavors, for mistreating its suppliers, for not living up to the claim

I would walk them around and point out that we invited people to bring their real selves to work. There were a lot of family pictures in the offices, and we had a good number of same-sex couples, and nobody had to hide their children or the fact that they were gay. So one good thing about the statement was, nobody came in surprised. Maybe you didn't share the company's commitment to progressive social change, but you knew what you were getting into."

The values statement was also part of a larger effort to balance the social mission with the profit imperative. As the board was mulling it over, Perry and Liz met with each department head to review their social mission objectives for 1998. Perry balanced those objectives against costs, and the social mission didn't always win. For example, the company abandoned an effort to make organic ice cream after research suggested that the product would be too expensive to sell. Ben was extremely disappointed, said Liz. And lots of old-timers were disappointed when Perry decided to stop making Peace Pops. But One Percent for Peace no longer existed, Perry told the *New York Times,* and "we said to ourselves, where is the equity? It's in the Ben & Jerry's name, not in the name Peace Pop."[2]

Creativity, and the ability to move quickly to seize opportunities, continued to be important elements of success in the company's social initiatives. Liz saw an opening on October 10, 1997, when the Nobel Prize committee announced that a Vermonter would be sharing the Peace Prize with her organization, the International Campaign to Ban Landmines. When that announcement came, the company had about forty thousand Peace Pops it didn't want. So Liz arranged for the pops to be shipped free to stores that agreed to collect signatures on an anti-landmine petition. The company delivered thousands of signatures to President Bill Clinton encouraging him to sign an international treaty banning land mines. Clinton didn't sign the treaty (and neither did Bush or

Obama), but more than 125 nations did send representatives to a signing ceremony in Ottawa, Ontario, on December 3. Thanks to Ben & Jerry's, Peace Pops were the most visible snack in the halls.

## The Right Ingredients

Fair trade was another area where the company's efforts were paying off. Back in 1989, the expiration of an international agreement between coffee-producing countries had given American companies an opening to deal directly with coffee farmers. Ben & Jerry's was one of the first companies to do this. In 1990, they began buying coffee from a farmer's co-op in Oaxaca, Mexico, called Aztec Harvests. In the initial years of the contract, Ben & Jerry's accounted for more than 60 percent of Aztec Harvests' sales. In 1997, buying roughly the same amount of coffee, they accounted for just 20 percent.

Ben & Jerry's purchasing manager visited the coffee-growing village of Pluma Hidalgo in 1997. He reported in *Rolling Cone* that the village was at the end of a seven-mile jeep track that took him an hour to drive. Most of the farmers there were members of Aztec Harvests. But, he said, conditions in Pluma were middle class by Mexican standards. Unlike in neighboring villages, the children wore shoes.

Aztec Harvests succeeds as a "values-led supplier" because it has good answers to three important questions, according to Debra Heintz, who arrived at Ben & Jerry's in 1994 with experience in materials management, production, and systems analysis from larger companies. "First you have to ask, how consistent is our demand for what the supplier makes? Aztec Harvests worked well because we use coffee in several flavors, so if we stop making one of the flavors, we don't have to stop buying their coffee."

Ingredients the company doesn't use as much of are

riskier. "We have several uses for the brownies we buy from Greyston Bakery, too," said Debra. "But some ingredients, such as the apple pie we bought from La Soul, were for just one flavor, and the flavor didn't sell.

"The second question is, how many other customers does the supplier have? Aztec Harvests worked better because we went through a middleman who was successfully marketing their coffee to other businesses as well as ours. Also, we only bought half of their output for the first few years, even though we could have bought it all. It would have felt good to buy it all, but we didn't want to make them too dependent on us in case we had fluctuations in demand.

"This is a big contrast with Greyston. We have been buying brownies from them for twenty-five years, and in 2013 we were still buying more than three-quarters of the company's output. We and they would both like for them to diversify, to make their business more stable.

"The third question is, what is the quality and depth of the firm's leadership? The Aztec Harvests people are great partners because they have support from several organizations, but this isn't always the case. And these are just a few of the criteria we need to review before we leap into a relationship with a supplier.

"Of course, we also had some issues with lack of skills at Ben & Jerry's at that time. When we signed those contracts, we didn't have robust skill in purchasing or logistics. Those partnerships led us to some wonderful things, but in our enthusiasm, we also made some avoidable mistakes."

The people who built Ben & Jerry's had an abundance of passion and an incredible work ethic, and that worked well for fifteen years. But as any company gets bigger, its processes become more and more complicated, and past a certain point, hiring for passion doesn't work anymore. The St. Albans plant was a disaster because the company's leadership went into it believing that their employees were so

talented that they could handle anything. They didn't consult an expert who actually knew how to build a big ice cream plant. The plant is running now because Chico hired that expert, Dave Vancura, who sorted it all out. Good intentions are not enough.

"Ben & Jerry's works best when we find ways to get both expertise and passion," said Debra. "People with specialized skills are essential. But if they don't have the passion, the company loses the thing that makes it so special. We need experts, and we also need people who are constantly challenging us and making us think outside the box. After all, we wouldn't even have a company if Ben had not found a way to mass-produce ice cream with chunks in it."

**Outside the Box**

Thinking outside the box is a specialty of Jeff Furman's. It has to be, because he advises small businesses on how to add social values and social benefits to their structures. The PartnerShops, the contract with Greyston Bakery, and other initiatives Jeff was involved with took enormous amounts of work. This wasn't a problem for Jeff because, like Ben, he is happiest when he is working for a start-up business or small advocacy group.

Jeff likes jobs that reward improvisation and quick action, and he doesn't like going through stages and channels to get things done. After the Los Angeles riots of 1992, for example, Jeff looked for ways to encourage young people in the South Central neighborhood to become entrepreneurs. He got a grant to turn a refrigerated truck into a mobile ice cream stand, and he arranged to staff it with teenagers from a neighborhood high school. The idea was to drive the truck a few miles north, to the campus of the University of Southern California, and sell ice cream there as a mobile PartnerShop. Although USC backed out of the deal and the ice cream