# Exhibit 6

# Together, PeCAN Resist!

## Ben & Jerry's Takes a Stand Against the Administration's Agenda & Peacefully Resists Attacks on Company Values

**Join the Resistance**

**Burlington, Vt. – October 30, 2018 –** Today Ben & Jerry's launched Pecan Resist, a campaign to lick injustice and champion those fighting to create a more just and equitable nation for us all. To lift up those who are leading the resistance to the current administration's regressive agenda, Ben & Jerry's is introducing Pecan Resist, a Limited Batch ice cream flavor celebrating the activists who are continuing to resist oppression, harmful environmental practices and injustice.

Pecan Resist will highlight four groups and movements focused on freedom, belonging, community, and justice. Color Of Change designs campaigns powerful enough to end practices that unfairly hold Black people back, and champions solutions that move everyone forward. Honor the Earth works on issues of climate change, renewable energy, and environmental justice with Indigenous communities. Women's March is committed to harnessing the political power of diverse women and their communities to create transformative social change. Neta is one of the fastest-growing independent media platforms led by people of color along the Texas-Mexico border. Ben & Jerry's is donating $25,000 to each organization and encouraging its fans to sign up, learn more and engage with each group at www.benjerry.com/pecanresist.



▶ We Can Resist! Introducing Pecan Resist | Ben & Jerry's

Go to all assets

.@benandjerrys launches Pecan Resist! A flavor
supporting a more just and equitable nation, fighting

# the President's regressive agenda. Tweet

Ben & Jerry's feels that it cannot be silent in the face of President Trump's policies that attack and attempt to roll back decades of progress on racial and gender equity, climate change, LGBTQ rights, and refugee and immigrant rights – all issues that have been at the core of the company's social mission for 40 years.

The Pecan Resist campaign graphics and pint design were developed by Bay Area artist and activist Favianna Rodriguez, whose art focuses on the intersection of issues such as immigration, economic inequality, gender justice and climate change. She has received numerous awards for her commitment to justice and her collaborations with social movements across the nation.

"As an artist, I know well the power of culture and I recognize when a business is using its platform to push for love, justice and a green planet," Rodriguez said. "Let's declare our resistance, march in the streets, and elect a new generation of change makers."

To underscore Rodriguez' artwork, the message on the Pecan Resist pint reads: "Welcome to the resistance. Together, Pecan Resist! We honor & stand with women, immigrants, people of color, & the millions of activists and allies who are courageously resisting the President's attack on our values, humanity & environment. We celebrate the diversity of our glorious nation & raise our spoons in solidarity for all Americans. Take a stand & join those on the front lines at benjerry.com/pecanresist."

"We couldn't be prouder or more excited to support these four organizations that are doing incredible work every day," said Ben & Jerry's new CEO Matthew McCarthy. "Our goal is to use our company's voice, our ice cream, and our activism to encourage all Americans to support and help build these movements which counter the current regressive agenda. We think it's more important now than ever that citizens and businesses alike stand up and be counted."

Ben & Jerry's has a history of using its ice cream to promote justice, from racial equity, climate change and marriage equality, to refugee and immigrant rights. For example, Chubby Hubby became Hubby Hubby in 2009 to celebrate same sex marriage in Vermont. Chocolate Fudge Brownie temporarily became "Food Fight Fudge Brownie" to support GMO labeling, and EmpowerMint was launched in 2016 to promote voting rights. In a previous incarnation, Pecan Resist was known as New York Super Fudge Chunk.

Pecan Resist is chocolate ice cream with white & dark fudge chunks, pecans, walnuts & fudge-covered almonds, with the goal of bringing deeply important values to freezers across the country. It is available at store.benjerry.com and coming soon to participating Ben & Jerry's Scoop Shops. To find Pecan Resist, please visit: https://www.benjerry.com/pecanresist

### About Ben & Jerry's

As an aspiring social justice company, Ben & Jerry's believes in a greater calling than simply making a profit for selling its goods. The company produces a wide variety of super-premium ice cream, yogurt and sorbet using high-quality ingredients. Ben & Jerry's incorporates its vision of Linked Prosperity into its business practices in a number of ways including a focus on values-led sourcing. In 2015 the company completed its transition to using entirely non-GMO (genetically modified organisms) ingredients by source as well as to fully source Fairtrade-certified ingredients wherever possible, which benefits farmers in developing countries. Ben and Jerry's products are distributed in 35 countries in supermarkets, grocery stores, convenience stores, franchise Ben & Jerry's Scoop Shops, restaurants and other venues. Ben & Jerry's, a Vermont corporation and wholly-owned subsidiary of Unilever, operates its business on a three-part Mission Statement emphasizing product quality, economic reward and a commitment to the community. Ben & Jerry's became a certified B Corp (Benefit Corporation) in 2012. The Ben & Jerry's Foundation's employee-led grant programs totaled $2.7MM in 2017 to support grassroots organizing for social and environmental justice around the country.

### About Honor the Earth

Honor the Earth is a Native-led organization, established by Winona LaDuke and the Indigo Girls- Amy Ray and Emily Saliers- in 1993 to address the two primary needs of the Native environmental movement: to break the geographic and political isolation of Native communities and to increase financial resources for organizing and change. *www.honorearth.org*

### About Women's March

The mission of Women's March is to harness the political power of diverse women and their communities to create transformative social change. Women's March is a women-led movement providing intersectional education on a diverse range of issues and creating entry points for new grassroots activists & organizers to engage in their local communities through trainings, outreach programs and events. Women's March is committed to dismantling systems of oppression through nonviolent resistance and building inclusive structures guided by self-determination, dignity and respect. *www.womensmarch.com*

### About Color Of Change

Color Of Change is the nation's largest online racial justice organization. It helps people respond effectively to injustice in the world around us. As a national online force driven by over 1.4 million members, Color Of Change moves decision-makers in corporations and government to create a more human and less hostile world for Black people in America. *www.colorofchange.org*

### About Neta

Neta is one of the fastest-growing independent media platforms led by people of color along the Texas-Mexico border. Neta creates stories that inspire and move people to change the world by amplifying the voices of border residents in the Rio Grande Valley. *www.netargv.com*

### Media Contacts:

Sean Greenwood
PR Grand Poobah
Ben & Jerry's
Sean.Greenwood@benjerry.com
802-233-0840

Laura Peterson
Public Elations Manager
Ben & Jerry's
Laura.Peterson@benjerry.com
802-825-2129



🔍 Pecan Resist