# Exhibit 10

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| BEN & JERRY'S HOMEMADE, INC. | |
| Plaintiff, | Case No. 1:22-cv-05681 (ALC) |
| v. | |
| CONOPCO, INC., | |
| Defendant. | |

**DECLARATION OF MATT CLOSE IN SUPPORT OF DEFENDANT CONOPCO, INC.'S OPPOSITION TO PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTIVE RELIEF**

Dated:  July 11, 2022

DocuSign Envelope ID: FEC16514-323E-4C07-B026-515884D35558

I, MATT CLOSE, hereby declare:

1. I am Business Group President of Ice Cream at Unilever PLC ("Unilever"), and I have held various roles within the Unilever group of companies since 1992. I submit this declaration in support of Defendant's opposition to Plaintiff's Motion for Preliminary Injunction in the above-captioned litigation.

2. The statements made herein are based upon my personal knowledge.

3. Ben & Jerry's Homemade, Inc. ("Ben & Jerry's") is a Vermont close corporation headquartered in Burlington, Vermont, and a wholly owned subsidiary of Conopco, Inc. ("Conopco"). Ben & Jerry's manufactures, distributes and sells ice cream.

4. Conopco, a New York corporation headquartered in Englewood Cliffs, New Jersey, is an indirect, wholly owned subsidiary of Unilever. Conopco manufactures and sells food, personal care products, and household products.

5. Unilever is a global company that employs 148,000 people across the world with over 400 brand names in over 190 countries. Unilever's mission is to be a global leader in sustainable business with a purpose-led, future-fit business model. In June 2022, Unilever was ranked first for the 12th consecutive year in the GlobeScan SustainAbility Leaders Survey, which asks sustainability experts around the world to name the companies showing the greatest commitment to integrating sustainability into their business strategies

6. When Conopco acquired Ben & Jerry's in 2000, Ben & Jerry's had an existing license relationship dating back to 1987 with Avi Zinger and his affiliated companies, including American Quality Products Ltd ("AQP"). Ben & Jerry's license agreement with AQP (as amended, the "License Agreement") provided AQP with the exclusive right to manufacture

2

DocuSign Envelope ID: FEC16514-723E-4C07-B026-515884D35558

and distribute Ben & Jerry's ice cream throughout the State of Israel and the "occupied territories" under Israeli control (the "Territories").

7.      Because Unilever owned—and still owns—other ice cream companies that conducted business in Israel at the time Conopco sought to acquire Ben & Jerry's, the merger with Ben & Jerry's was reviewed by the Israel Antitrust Authority, now known as the Israel Competition Authority ("ICA").

8.      In 2020, Unilever N.V. was dissolved as part of a corporate restructuring at the Unilever group of companies, and Unilever IP Holdings B.V. ("UIP"), a Netherlands private limited liability company, became the owner of the rights to Ben & Jerry's trademarks.

9.      It is my understanding that the Board first became aware that there were organizations calling for Ben & Jerry's to reconsider its sale of ice cream in the West Bank in and around 2014.  By the end of 2015, the Board had sent a delegation to Israel to examine the situation firsthand.  Starting around 2018, Ben & Jerry's experienced increasing pressure to stop selling ice cream in the West Bank, and members of the Board began to examine Ben & Jerry's role in Israel and the Territories.

10.      In July 2020, the Board purported to pass a resolution directing the Ben & Jerry's CEO to cease selling products in the Territories, and in October 2020, the License Agreement was amended to change the definition of the licensed "Territory" to include only "the State of Israel" and to excise references to the Territories.

11.      For the year following the Board's purported resolution in July 2020, Unilever, Conopco, Ben & Jerry's CEO and the Board continued to debate whether and how to

3

DocuSign Envelope ID: FEC16514-723E-4C07-B026-515884D35558

implement the Board's desired changes to the company's long-established operations in Israel and the Territories.

12. In 2021, the Board increased its pressure on the Ben & Jerry's CEO to reach a new agreement with their longstanding distributor, Mr. Zinger, that would end the sales of Ben & Jerry's products in the Territories. At that time, Unilever became more actively involved in the Board's efforts to find an alternative arrangement in Israel and the Territories. Unilever's goal was to find an outcome that mitigated the risks to Unilever while also respecting the Board's new position regarding business in Israel and the Territories.

13. In July 2021, Anuradha Mittal, Chair of the Board, told Unilever that the Board intended to announce that Ben & Jerry's products would no longer be sold in the Territories. At the time, Unilever determined that it would be in the best interests of all stakeholders for the company to work with the Board to try to reach a positive outcome, without damaging Unilever's 20-year working relationship with the Board. Accordingly, Unilever did not immediately challenge the Board's decision to tell AQP that Ben & Jerry's would not renew the License Agreement when it expired at the end of 2022, particularly given that Ben & Jerry's CEO was actively pursuing alternative arrangements to ensure Ben & Jerry's products would continue to be made available in Israel past 2022.

14. Following the July 2021 announcements, Unilever and its affiliates have been sued in the United States and Israel.

15. Also following the July 2021 announcements, several state governments in the United States have divested (or announced plans to divest) their holdings of Unilever stock.

16. In light of the ICA's views, the divestitures announced by several state governments and the risk of prolonged legal and regulatory actions against the Unilever group,

4

DocuSign Envelope ID: FEC16514-323E-4C07-B026-515884D35558

there was an increased sense of urgency at Unilever to find a workable path forward. While the issues arising from Ben & Jerry's Israeli business were significant, they were not material to Unilever's global business as a whole.

17. Unilever's review of Ben & Jerry's operations in Israel took many months and included extensive consultations with Mr. Zinger and the Israeli Government, as well as meetings with other stakeholders, including members of the Ben & Jerry's Board. In April 2022, for example, I arranged a meeting between Anuradha Mittal, Chair of the Ben & Jerry's Board, and Maria Varsellona, Chief Legal Officer of Unilever, so Ms. Varsellona could meet Chair Mittal and better understand the Board's position.

18. Throughout the process of reviewing Ben & Jerry's operations in Israel, Unilever remained fully committed to its presence in Israel.

19. Also around April 2022, I understand from my discussions with Ms. Varsellona that, in the interest of attempting to ensure a continued working relationship with the Board, Ms. Varsellona and Chair Mittal discussed options to try to resolve the issue. During these discussions, Chair Mittal expressed interest in the Israeli business being sold to Mr. Zinger, so that he could continue to sell ice cream in Israel, including the Territories, after the License Agreement expired on December 31, 2022, under a modified but similar brand name. It is my understanding that Ms. Mittal did not immediately find this option problematic from a social mission or brand integrity perspective. I also understand from my discussions with Ms. Varsellona that Ms. Varsellona and Chair Mittal communicated further in June 2022, during which time Unilever continued to review the Ben & Jerry's operation in Israel, as well as the impact that the impasse with Mr. Zinger and the Board was having on the various parties.

20.     As a result of the company's review, Unilever decided that the interests of Conopco, Ben & Jerry's, Unilever's shareholders and Unilever's other business units would be best served by a sale to Mr. Zinger of the company's Hebrew-language Ben & Jerry's trademarks and the rights to register Arabic-language Ben & Jerry's trademarks, solely for use in Israel and the Territories (the "Assets"), while reserving to Unilever all rights to the English-language trademarks (the "Asset Sale").

21.     I understand from my discussions with Ms. Varsellona that Ms. Varsellona kept Chair Mittal and the Board apprised of Unilever's decision-making process.  For example, on June 23, 2022, Ms. Varsellona informed Chair Mittal of the planned Asset Sale; on June 25, 2022, Ms. Varsellona sent Chair Mittal a summary of the transaction in a document addressed to the full Board; and on June 26, 2022, Ms. Varsellona sent Chair Mittal a draft of the statement Unilever intended to release to announce the transaction.

22.     On June 27, 2022, Unilever and Mr. Zinger's company, Blue & White, executed an agreement to memorialize the Asset Sale.  Pursuant to the Asset Sale agreement, which I signed, the closing of the Asset Sale was to occur immediately upon the ICA's approval of the transaction and the exchange of two deliverables:  *First,* the execution and delivery by each of UIP and Blue & White of the bill of sale for the Assets; and *second,* the execution and delivery by each of UIP and Blue & White of the trademark assignment agreement evidencing the sale and assignment of the Hebrew trademarks to Blue & White.

23.     On June 29, 2022, the ICA notified Unilever and Blue & White that the ICA had approved the Asset Sale.  Later that day, Unilever and Blue & White closed the Asset Sale by completing their exchange of the three closing deliverables.  All of Unilever's rights to

6

the Hebrew and Arabic versions of the Ben & Jerry's trademarks in Israel and the Territories were sold to Mr. Zinger's company, Blue & White, as of June 29, 2022.

24. Unilever and Mr. Zinger issued public statements on June 29, 2022, announcing the transaction. Mr. Zinger's company, Blue & White, is now free to sell ice cream under its own fully-owned trademarks throughout Israel and the Territories.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 11, 2022

City: Rotterdam, Netherlands

_____
Matt Close

7