# Exhibit 11

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**FORM 20-F**

**(Mark one)**

☐     **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR (g) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

☒     **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**FOR THE FISCAL YEAR ENDED DECEMBER 31, 2021**

**OR**

☐     **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

☐     **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Date of event requiring this shell company report**

**For the transition period from to**

**Commission file number 001-04546**

# UNILEVER PLC

(Exact name of Registrant as specified in its charter)

**ENGLAND**

(Jurisdiction of incorporation or organization)

**100 Victoria Embankment, London, England**

(Address of principal executive offices)

**R Sotamaa, Chief Legal Officer and Group Secretary**
**Tel: +44(0)2078225252, Fax: +44(0)2078225464**
**100 Victoria Embankment, London EC4Y 0DY, UK**

(Name, Telephone Number, E-mail and/or Facsimile number and Address of Company Contact Person)

Securities registered or to be registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Ordinary shares, nominal value of 3 $^1/_9$ pence per share | ULVR | New York Stock Exchange* |
| American Depositary Shares (evidenced by Depositary Receipts) each representing one ordinary share of the nominal amount of 3 1/9p each | UL | New York Stock Exchange |

*Not for trading, but only in connection with the registration of the American Depositary Shares pursuant to the requirements of the Securities and Exchange Commission.

Securities registered or to be registered pursuant to Section 12(g) of the Act: None

# Chair's introduction

## Performance

Unilever's operating performance improved in 2021, with the company recording its fastest year-on-year underlying sales growth for nine years, at 4.5%. Underlying operating profit also increased, by 2.9%. This represented a good outcome in what were unusually difficult trading conditions. Spiralling cost inflation presented the biggest challenge and impacted underlying operating margin, which was down 10bps, although the company's determined response in landing customer price increases certainly helped to limit the impact. This ability to raise prices in a tough, inflationary environment is testament to the strength and quality of Unilever's brands.

Unilever's business is benefiting from the focus and investment being put behind its five Compass strategic choices – see pages 8 to 9. The Board was particularly encouraged to see Unilever's top 13 brands – each with a turnover in excess of €1 billion – grow in aggregate last year by 6.4%, well above the company average. These brands account for 50% of Unilever's total turnover. The focus behind key long-term growth markets is also driving improved results, with strong performances last year in the US, India and China. Together, these markets now represent 36% of Unilever's turnover.

The good operating performance in 2021 was the main driver of earnings growth, with earnings per share (EPS) up by 5.5%.

Following the completion of the programme to buy back shares with an aggregate market value equivalent to €3 billion, the company announced a further €3 billion programme of share buybacks, which we expect to see completed over 2022 and 2023.

## Portfolio

The Board is convinced that the continued evolution of Unilever's portfolio into higher growth spaces is key to accelerating the company's long-term growth profile and in delivering enhanced value to shareholders. To that end, unifying the Group's legal structure in 2020 was an important milestone in allowing the Board to consider a wider range of strategic options, including scope for larger and more transformative acquisitions.

It was in this context that the Board viewed a possible acquisition of GSK Consumer Health as one route to accelerate Unilever's presence in a very attractive part of the market. However, while there was some recognition among shareholders of the strategic merits of pursuing such a move, many voiced their strong opposition to the size and timing of such a deal. Consequently, and having listened closely to shareholder concerns, the Board and management of the company have made clear that we do not intend to pursue similar large-scale acquisitions in the foreseeable future.

Instead, the focus will be on improving Unilever's value creation through accelerated organic growth – driven by the five Compass strategic choices. We will also continue to strengthen the portfolio through the kind of bolt-on acquisitions that have enabled Unilever to build fast-growing businesses in Prestige beauty and Functional nutrition. As part of strengthening the portfolio, last year we announced the sale of Unilever's Tea business, for €4.5 billion, which is expected to complete in the second half of 2022. Selective disposals of brands and assets will continue to play a role going forwards.

The Board also expects the new organisation to support growth over the coming years. Having reviewed the changes, the Board is confident they will help make Unilever a simpler, faster and more accountable business, and at lower cost.

## Board composition and succession

During the year, the Board appointed Adrian Hennah and Ruby Lu as independent Non-Executive Directors, both appointments took effect from 1 November 2021. Adrian joined the Board after a long and successful executive career, most recently in the consumer goods sector. Adrian's extensive financial experience, gained from CFO positions with leading UK-based businesses, together with his deep industry knowledge, is a major asset to the Board. The Board will also benefit enormously from Ruby Lu's appointment. Ruby is a venture capitalist with a long and successful track record of investing in start-up businesses in China and the US, markets she knows very well.

Following the 2021 AGM, Youngme Moon stood down from her role as Senior Independent Director (SID). I want to thank Youngme for the valuable contribution she made in that role. Equally, I am delighted that Andrea Jung was appointed to succeed Youngme as SID. Andrea also took over as Chair of the Compensation Committee, in February 2021, when Vittorio Colao stepped down from the Board to join the Italian government as Minister for Technological Innovation and Digital Transition.



**STRATEGIC REPORT – INTRODUCING UNILEVER**

## "Unilever's business is undoubtedly benefiting from the focus and investment being put behind its five Compass strategic choices."

**Nils Andersen**
Chair

The 2022 AGM will mark the retirement of both Laura Cha and John Rishton as Non-Executive Directors having both served for nine years. On behalf of the Board, I would like to thank them for their much-valued contribution to Unilever.

### Corporate Governance

Tackling climate change is a key priority for the Group and we were pleased to put our Climate Transition Action Plan (CTAP) to shareholders for an advisory vote at the 2021 AGM. The plan sets out our climate strategy, defines our net zero and emission reduction goals, and sets out the actions we intend to take to meet them. The plan also describes how the company is integrating climate change considerations into its products and brands, as well as the role that advocacy and partnership can play in meeting goals. This was the first time a global company of our size voluntarily put its climate transition plans before a shareholder vote, and we were delighted to see it receive overwhelming backing, with over 99% of shareholders voting in favour. Work remains to be done but we do believe that the CTAP can help Unilever make an important contribution to tackling climate change while growing our brands. Read more about our progress in the CTAP Progress Report on pages 51 to 56.

Regular Board evaluation is an important element in maintaining high standards of corporate governance and Board effectiveness. In 2021, the Board conducted a thorough internal evaluation exercise. The results, which were reviewed at the November 2021 Board meeting, confirmed that the Board continues to perform effectively and with a high degree of Director engagement.

In addition to our six planned Board meetings, three additional meetings were held in 2021 to consider the Group's portfolio and the growth opportunities within it. Non-Executive Directors also attended 14 virtual employee engagement events during the year across a wide range of the workforce. In addition, Andrea Jung attended a global town hall webcast in July 2021, providing an opportunity for all employees to engage with one of our Board members.

The evaluation and Board engagements also re-affirmed the Board's focus on growth and portfolio strategy evolution as keys to unlocking value in Unilever.

Further detail on the evaluation process this year, together with the Board's remit, operations and the topics regularly discussed by the Board can be found in the Governance section on pages 67 to 83.

### Remuneration

During 2021, we continued to consult with shareholders on our Remuneration Policy and were pleased at the 2021 AGM to receive your strong support for the implementation of a reward framework based on a new Performance Share Plan, delinked from the annual bonus. The new Policy seeks to improve the overall effectiveness of Unilever's incentives by helping drive sustainable long-term growth and enabling the Compensation Committee to set stretching but achievable performance targets over realistic timeframes. Further information on the Policy can be found on page 84.

### Looking ahead

Trading conditions will undoubtedly be challenging throughout 2022 as the world continues to come through the effects of the Covid pandemic and all the consequent economic aftershocks – and in particular, extraordinarily high levels of cost inflation. Unilever is well prepared to meet these challenges through a combination of customer prices and the delivery of cost savings, which will help to mitigate inflationary impacts on the business. Moreover, the company enters 2022 with good momentum, and with a clear set of strategic choices that the Board is confident will help deliver another positive year of top-line growth for Unilever.

Against a particularly challenging backdrop, Unilever delivered a good set of results for 2021. This could not have been achieved without the efforts of the 148,000 people who make up this great company, some of whom it was a privilege to spend time with over the last year, albeit in most cases virtually. Their hard work, ingenuity and integrity have once again shone through and on behalf of the Board, I want to thank them for everything they have done, and continue to do, for Unilever. I also want to thank and acknowledge our shareholders and other stakeholders for their continued support.

### Section 172 statement

Under Section 172 of the UK Companies Act 2006 ('Section 172') directors must act in the way that they consider, in good faith, would be most likely to promote the success of their company. In doing so, our Directors must have regard to stakeholders and the other matters set out in Section 172. Pages 63 and 69 to 71 comprise our Section 172 statement. Page 63 of our Strategic Report identifies our key stakeholders and provides examples of how the business engaged them during 2021, with cross references to the stakeholder review section for more detail. Pages 69 to 71 of our Governance Report details how our Directors have taken steps to understand the needs and priorities of these stakeholders when setting Unilever's strategy and taking decisions concerning the business, including by direct engagement or via their delegated committees and forums. The relevance of each stakeholder group may vary depending on the matter at hand.

# Chief Executive Officer's review

## Context

2021 was another turbulent year for the world economy and for global markets. Output rebounded strongly, if unevenly, after the sharp Covid-related declines of 2020. However, surging demand, triggered by significant fiscal and monetary stimulus, gave rise to widespread labour shortages, supply bottlenecks and soaring energy costs, stoking significant inflationary pressures.

For Unilever, this steep rise in input cost inflation was one of the defining features of the year, impacting each of our product categories.

## Performance 2021

Against this challenging backdrop, we delivered a strong set of results in 2021. Underlying sales growth of 4.5% represented Unilever's fastest year-on-year growth in nine years, well into the upper end of our 3-5% multi-year framework. We responded to rising input costs with pricing actions, delivering underlying price growth of 2.9% for the year. While never easy, raising customer prices in response to inflationary pressures is vital and necessary if we are to preserve our ability to invest in Unilever's brands. Underlying volume growth for the full year was 1.6%.

Growth was broad-based, with each of our three global Divisions – Beauty & Personal Care, Foods & Refreshment and Home Care – performing well. Growth was also competitive. We ended the year with 53% of the business winning market share by value, a second consecutive year of competitive growth and a marked improvement in our competitive performance from just a few years ago.

While top-line growth remains the number one priority, margin progression is also an important component of value creation. Underlying operating margin for the year was 18.4%, down 10bps on the previous year. Although pricing stepped up, it wasn't enough to fully offset the impact of inflation across our raw materials, packaging and distribution costs.

Free Cash Flow remained strong at €6.4 billion, albeit down year-on-year versus a record delivery in 2020, when the business was focused on delivering cash in a period of huge uncertainty. For 2021, we declared a 3% increase to the full-year dividend, taking the dividend for the year to €4.5 billion.

Overall, we made good progress in 2021. Unilever's growth momentum is building. We stepped up pricing significantly in a heavily inflationary environment while delivering strong earnings and maintaining our restored competitiveness.

## "We made good progress in 2021 and our growth momentum is building."

**Alan Jope**
Chief Executive Officer

## Our five strategic choices

One of the most encouraging aspects of our growth in 2021 was the extent to which it followed the five Compass strategic choices we called out a year ago. These choices sit at the heart of our strategy for value creation – see pages 8 to 9.

The first of these is winning with brands and innovation, ensuring that our top brands deliver superior performance. Today, we have 13 brands with sales in excess of €1 billion. Together they make up over half of our total turnover. Last year, they grew in aggregate by 6.4%. This included some particularly strong individual performances. Dove, for example, grew by 8%, its best performance in eight years; Hellmann's grew 11%; and our Ice Cream brands Magnum and Ben & Jerry's each grew 7%.

Behind the success of these brands is product superiority and great innovation and we continue to step up our performance in both areas. Product superiority in tests versus Unilever's competition is now over 70% of tested turnover, up from less than 50% in 2019, and our focus on driving bigger, better and more impactful innovation delivered over €1 billion of incremental turnover in 2021, double the delivery in 2020.

It is no surprise or coincidence that our top-performing brands also happen to be those with the most clearly defined – and powerfully articulated – commitment to purpose as a driver of brand growth.

As well as focusing on winning with our biggest and strongest brands, we have also chosen to prioritise investment in the key growth markets for the future, including most notably the US, India and China.

All three countries delivered strong and competitive growth in 2021. The US, for example, grew almost 4% on top of a record growth year in 2020, while India and China grew well into double-digits, albeit against weaker comparators.

Other markets also performed well, but not all. Indonesia, for example, a key geography for Unilever, struggled last year and was down by 7.4%. We are fully focused on restoring growth in this, our sixth-largest market.

Our next strategic choice is to invest in the capabilities needed to lead in channels of the future. Today, that means winning in eCommerce, and in 2021 we delivered another strong year, on the back of record growth in 2020. In total, the eCommerce business was up 44% with growth coming from all the main sub-channels – pure-play, omnichannel, and business-to-business (eB2B). In just five years, this channel has gone from 2% of our turnover to 13% in 2021.

Developing Unilever's portfolio into the higher growth spaces of Hygiene, Skin care, Prestige beauty, Functional nutrition and Plant-based foods is another strategic choice. It is also one that made a meaningful contribution to performance in 2021. While organic growth is our first priority, acquisitions also play an important role. Indeed, since 2017, 93% of M&A capital has gone into either Prestige beauty, Functional nutrition or Skin care and other areas of Beauty & Personal Care. By contrast, 98% of disposals by turnover were in slower growth food segments such as Spreads and more recently Tea.

The benefits of this portfolio rotation were very apparent last year – which including eketerra will be equivalent to 17% of our