UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
: 
CITY OF ST. CLAIR SHORES POLICE AND :
FIRE RETIREMENT SYSTEM, :
                                Plaintiff, :      22 Civ. 5011 (LGS)
:
         -against- :      ORDER
:
UNILEVER PLC, et al., :
                           Defendants. :
:
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    The Clerk of Court is respectfully directed to enter judgment in this case and to close it.

Dated: September 13, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**