**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CITY OF ST. CLAIR SHORES POLICE AND FIRE
RETIREMENT SYSTEM, et al.,

                Plaintiffs,

   -against-                             22 **CIVIL** 5011 (LGS)

                                          **JUDGMENT**

UNILEVER PLC, et al.,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 29, 2023 and Court's order dated September 13, 2023, Defendants' motion to dismiss is GRANTED, Defendants' letter motion for oral argument is DENIED as moot; accordingly, the case is closed.

**Dated:** New York, New York

      September 14, 2023

                                                          **RUBY J. KRAJICK**
                                                             **Clerk of Court**

                              **BY:**

                                                             **Deputy Clerk**